ACCEPTED
12-14-00095-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/1/2015 10:47:16 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/1/2015 10:47:16 AM

CATHY S. LUSK
Clerk

June 1, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:    Cause No.12-14-00095-CR
       Trial Court No. 2013-0096

Dear Ms. Lusk:

Pursuant to Rule 48.4, Texas Rules of Appellant Procedure, I have notified Michael Langley of his right to file a pro-se petition for discretionary review under Rule 68. I am attaching a copy of the U.S. Postal Service certified mail receipt and a copy of the green card which acknowledges that someone signed on behalf of Michael Langley and accepted delivery of the letter.

Please file this letter in the records of the appeal.

Sincerely,

Albert J. Charanza, Jr.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Langley #01923778
Stevenson unit
1525 FM 766
Cuero, Texas 77954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R Burrell
☑ A
☐ A

B. Received by (Printed Name)      C. Date of
                                    5/26

D. Is delivery address different from item 1?   ☐ Ye
   If YES, enter delivery address below:        ☐ N

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merc
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Ye

2. Article Number
   (Transfer from service label)

7012 2210 0001 8762 2616

PS Form 3811, July 2013          Domestic Return Receipt